IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CATRELLE AGEE                                              PLAINTIFF

v.                           CIVIL ACTION NO.: 5:20-CV-161-DCB-MTP

SGT. V. GREEN, ET AL.                                    DEFENDANTS

ORDER ADOPTING REPORT & RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Michael T. Parker's Report & Recommendation ("R&R") [ECF No. 32]. Judge Parker issued the R&R on January 7, 2022. Id. Judge Parker recommended that Defendants Vickie Green, Matthew Schoettmer, Terry Daniel, and Angelique Earl's Motion for Summary Judgment, [ECF No. 30], be granted, and that the action should be dismissed with prejudice. Id. Neither party has filed an objection to the R&R, and the period to do so has now elapsed. After conducting a de novo review of the R&R, the Court agrees with the R&R's recommendation. Accordingly, the R&R [ECF No. 32] is ADOPTED, Defendants' Motion for Summary Judgment [ECF No. 30] is GRANTED, and this matter is DISMISSED with prejudice.

1

A Final Judgment shall be entered of even date herewith pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED this 14th day of February, 2022.

>   /s/ David C. Bramlette
>   DAVID C. BRAMLETTE III
>   UNITED STATES DISTRICT JUDGE